UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| OLGA DESPOTIS TRUST, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:12-cv-02369-AGF |
| THE CINCINNATI INSURANCE COMPANY, | ) |
| Defendant. | ) |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Plaintiff's motion to compel. Plaintiff, the Olga Despotis Trust, seeks disclosure of documents that Defendant, the Cincinnati Insurance Company, asserts are subject to the attorney-client and work product privileges. At Plaintiff's request, Defendant has provided a Privilege Log, but Plaintiff asserts that the Privilege Log lacks sufficient detail. Plaintiff's motion does not indicate that it has complied with the requirements of Local Rule 37-3.04(A) requiring the parties to confer in good faith and attempt to resolve discovery disputes prior to the filing of a motion to compel.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion to compel (Doc. No. 30) is **DENIED without prejudice** to refiling at such time as Plaintiff can demonstrate compliance with Local Rule. 37-3.04. Compliance with the meet and confer requirement requires counsel to confer in person, or at least by telephone.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 18th day of March, 2014.